AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
**November 19, 2024**
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Dulce Aurora GAYTAN<br>YOB: 2000<br>COB: USC | ) ) ) ) ) | Case No. **M-24-2054-M** |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of November 19, 2024 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sec. 841 | Possession with Intent to Distribute a Controlled Substance; to wit: 30.5 kilograms of cocaine. |

This criminal complaint is based on these facts:
See Attachment A

☑ Continued on the attached sheet.

Approved: AUSA Jose Garcia,
Sworn to and executed by reliable electronic means, to U.S. Magistrate Judge Nadia S. Medrano and attested telephonically per FED.R.CR.4.1, and probable cause found on:_____

//S// Ileen Torres
*Complainant's signature*

Ileen Torres Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 19, 2024 9:13 p.m.

*Judge's signature*

City and state: McAllen, Texas

United States Magistrate Judge Nadia S. Medrano
*Printed name and title*

ATTACHMENT A

On November 19, 2024, McAllen DEA Agents received information of a narcotics smuggling event involving a black Audi SUV in Hidalgo, County. Agents established surveillance on the black Audi in Hidalgo, County and coordinated with Texas Department of Public Safety (DPS). A DPS Trooper conducted an independent probable cause traffic stop on the black Audi SUV in San Benito, Texas for a speeding violation. The DPS Trooper identified Dulce Aurora GAYTAN as the driver of the Audi SUV. During the roadside interview the Trooper requested a search of GAYTAN's vehicle to which GAYTAN agreed and provided a verbal consent. The Trooper conducted a search of GAYTAN's vehicle which resulted in the findings of thirty (30) packages of cocaine located all throughout GAYTAN's vehicle. GAYTAN was placed under arrest and transported to the DPS Office for a post arrest interview. At the DPS office agents read GAYTAN her Miranda Rights to which GAYTAN waived and agreed to speak to agents. During the interview GAYTAN admitted to knowingly transport narcotics for monetary gain.

Agents weighed the 30 packages for a total weight of 30.5 kilograms. A field test of one package from the 30 packages was tested, and resulted in a positive test for cocaine.